```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | Case No. |
| | ) | 5:18-cr-060-JMH |
| v. | ) | |
| | ) | **ORDER** |
| BRADLEY PRICE, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

\*\*\*

This matter is before the Court upon Defendant Lonnie Byerly's Motion to Continue. [DE 46]. This matter is currently set for a trial by jury on January 15, 2019. [DE 45]. Byerly indicates that a continuance is necessary to ensure that defense counsel is adequately prepared for trial due to the complex nature of this matter and voluminous discovery productions. Byerly's Motion indicates that counsel for the co-defendants and the United States have no objection to the continuance.

Accordingly, **IT IS ORDERED** that this matter is set for a **MOTION HEARING** on **Monday, January 7, 2019, at 11:00 a.m.**, at the United States Courthouse, in Lexington, Kentucky, subject to intervening orders of the Court.

This the 17th day of December, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge