UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Criminal Case No.   18-60-JMH-1,2,3,4   At   Lexington   Date   March 13, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| USA v. Bradley Price | X present | ___ custody | bond | X OR | Age ___ |
| USA v. Brandon Price | X present | ___ custody | bond | X OR | Age ___ |
| USA v. Jimmy Price | X present | ___ custody | bond | X OR | Age ___ |
| USA v. Lonnie Brierly | X present | ___ custody | bond | X OR | Age ___ |

PRESENT:   HON. JOSEPH M. HOOD, SENIOR U.S. DISTRICT JUDGE



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

| Genia Denisio | Linda Mullen | Erin Roth |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| | | | | |
|---|---|---|---|---|
| Counsel for Defendant Bradley Price | Elizabeth Snow Hughes | x present | ___ retained | x appointed |
| Counsel for Defendant Brandon Price | C. William Swinford, Jr. | x present | ___ retained | x appointed |
| Counsel for Defendant Jimmy Price | Andrew M. Stephens | x present | x retained | ___ appointed |
| Counsel for Defendant Lonnie Brierly | Thomas C. Lyons | x present | ___ retained | x appointed |

PROCEEDINGS:   **MOTION HEARING**

The parties appeared as noted for a motion hearing on Defendant Lonnie Brierly's Motion to Continue Trial (DE #50).

The Court heard statements of counsel concerning the request for additional time to prepare for trial. The defendants were advised of their Speedy Trial rights and did not object to a continuance. The United States had no objection to the continuance. The Court, being sufficiently advised, **ORDERS AS FOLLOWS**:

1. The Motion to Continue Trial (DE #50) is GRANTED, for reasons stated on the record.

2. The Jury Trial, currently scheduled for April 8, 2019 at 9:00 a.m. as to all defendants, is CONTINUED to July 9, 2019 at 9:00 a.m. at Lexington, Kentucky.

3. The Court FINDS that the time is excluded from April 8, 2019 through July 9, 2019. The Court further FINDS that the time is excluded as the ends of justice are served by a continuance, outweighing the best interests of the public and defendants in a speedy trial, pursuant to 18 U.S.C. §3161(h)(7)(A). Failure to grant such a continuance would deny the counsel for the defendants reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv). The Court previously declared this case COMPLEX, pursuant to 18 §3161(h)(7)(B)(ii), due to the nature of the prosecution and the volume of discovery in this matter.

4. Defendants shall remain on previously imposed terms and conditions of release.

Copies:  COR, USP, USM, D, JC
Initials of Deputy Clerk        gld
TIC: 10 min